AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED**
DEC - 9 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.

LIEN KIM THI PHAN
a.k.a. "NANCY PHAN",

Defendant

Case No. 1:19-MJ-515

~~UNDER SEAL~~

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   LIEN KIM THI PHAN a/k/a "NANCY PHAN",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance in Violation of Title 21, United States Code, Sections 841(a)(1) and 846

Date: 6 Dec 19

/s/
_Issuing officer's signature_
Ivan D. Davis
United States Magistrate Judge

City and state: Alexandria, VA

_Printed name and title_

---

### Return

This warrant was received on (date) 12/6/19, and the person was arrested on (date) 12/9/19
at (city and state) Fairfax, VA.

Date: 12/9/19

_Arresting officer's signature_

DA Mockenhaupt  FBI/SA
_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
HON LAM LUK,

Defendant

) Case No. 1:19-MJ-515
) ~~UNDER SEAL~~
)

FILED DEC - 9 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HON LAM LUK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance in Violation of Title 21, United States Code, Sections 841(a)(1) and 846

Date: 6 Dec 19

/s/
Ivan D. Davis
United States Magistrate Judge

City and state: Alexandria, VA

---

**Return**

This warrant was received on *(date)* 12/6/19, and the person was arrested on *(date)* 12/9/19
at *(city and state)* Chantilly, VA.

Date: 12/9/19

Arresting officer's signature

D. A. Modenhayt    FBI/SA
Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>DUONG THUY NGUYEN<br>a.k.a. "EVE NGUYEN",<br><br>Defendant | )<br>)<br>) Case No. 1:19-MJ-515<br>)<br>) ~~UNDER SEAL~~<br>)<br>) |

**FILED DEC - 9 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DUONG THUY NGUYEN a/k/a "EVE NGUYEN",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance in Violation of Title 21, United States Code, Sections 841(a)(1) and 846

Date: 6 Dec 19

*Issuing officer's signature*
/s/ Ivan D. Davis
United States Magistrate Judge
*Printed name and title*

City and state: Alexandria, VA

### Return

This warrant was received on *(date)* 12/6/19, and the person was arrested on *(date)* 12/9/19
at *(city and state)* Annandale, VA.

Date: 12/9/19

*Arresting officer's signature*

DA Mockenhaupt FBI/SA
*Printed name and title*